1  Marc Dawson
   P.O. Box 3030, B3-209
2  High Desert State Prison
   Susanville, CA  96127-3030
3  CDCR #P-13296

4  In Pro Per

**RECEIVED**

5  JAN 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

JAN 3 1 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# E-filing

8  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**

**JF**

9

10  Marc Charles Dawson,                      )
                                             )  **CV 08    0741**
11                            Plaintiff,      )  CASE NO. _____
                                             )
12            vs.                            )  **PRISONER'S**
    S. Latham, M. Edwards, B. Jain,          )  **APPLICATION TO PROCEED**
13  M. MORGAN. M. McLean, A. Thacker,        )  **IN FORMA PAUPERIS**
                                             )
14                            Defendant.     )                          **(PR)**
                                             )
15  ─────────────────────────────────────

16      I, <u>Marc Charles Dawson</u>, declare, under penalty of perjury that I am the

17  plaintiff in the above entitled case and that the information I offer throughout this application

18  is true and correct.  I offer this application in support of my request to proceed without being

19  required to prepay the full amount of fees, costs or give security.  I state that because of my

20  poverty I am unable to pay the costs this action or give security, and that I believe that I am

21  entitled to relief.

22      In support of this application, I provide the following information:

23  1.  Are you presently employed?  Yes ____  No <u>XX</u>

24  If your answer is "yes," state both your gross and net salary or wages per month, and give the

25  name and address of your employer:

26  Gross: <u>N/A</u>                     Net: <u>N/A</u>

27  Employer: <u>N/A</u>

28

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.  (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  1985- OILFIELD LABORER- $11.77 PER HOUR.

5  _____

6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9        a.    Business, Profession or              Yes __XX__ No _____

10            self employment

11       b.    Income from stocks, bonds,            Yes _____ No __XX__

12            or royalties?

13       c.    Rent payments?                        Yes _____ No __XX__

14       d.    Pensions, annuities, or               Yes _____ No __XX__

15            life insurance payments?

16       e.    Federal or State welfare payments,    Yes __XX__ No _____

17            Social Security or other govern-

18            ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  PLAINTIFF RECEIVED $150.00 BACK FROM ATTORNEY FOR FILING FEES.

22  _____

23  3.    Are you married?                           Yes _____ No __XX__

24  Spouse's Full Name: __N/A__

25  Spouse's Place of Employment: __N/A__

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $__N/A__                 Net $__N/A__

28  4.    a.    List amount you contribute to your spouse's support:$ __N/A__

1     b.     List the persons other than your spouse who are dependent upon you for

2             support and indicate how much you contribute toward their support. (NOTE:

3             For minor children, list only their initials and ages. DO NOT INCLUDE

4             THEIR NAMES.).

5   N/A

6

7 5.     Do you own or are you buying a home?       Yes ____ No XX

8 Estimated Market Value: $ N/A    Amount of Mortgage: $ N/A

9 6.     Do you own an automobile?       Yes ____ No XX

10 Make N/A    Year N/A    Model N/A

11 Is it financed? Yes N/A No N/A If so, Total due: $ N/A

12 Monthly Payment: $ N/A

13 7.     Do you have a bank account? Yes ____ No XX (Do not include account numbers.)

14 Name(s) and address(es) of bank: N/A

15

16 Present balance(s): $ N/A

17 Do you own any cash? Yes XX No ____ Amount: $ 255.00 AT PRESET (KNOWN) *(?)*

18 *(Please see Trust Statement)* Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19 market value.) Yes ____ No XX

20

21 8.     What are your monthly expenses?

22 Rent: $ 0    Utilities: 0

23 Food: $ $10.00    Clothing: 0

24 Charge Accounts: N/A

25 Name of Account     Monthly Payment     Total Owed on This Acct.
N/A     N/A     N/A

26 ____ $ ____ $ ____

27 ____ $ ____ $ ____

28 ____ $ ____ $ ____

1   9.      Do you have any other debts?  (List current obligations, indicating amounts and to

2   whom they are payable.  Do not include account numbers.)

3          0
_____

4   _____

5   10.     Does the complaint which you are seeking to file raise claims that have been presented

6   in other lawsuits?   Yes ____  No XX

7   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8   which they were filed.

9   N/A _____

10  _____

11          I consent to prison officials withdrawing from my trust account and paying to the court

12  the initial partial filing fee and all installment payments required by the court.

13          I declare under the penalty of perjury that the foregoing is true and correct and

14  understand that a false statement herein may result in the dismissal of my claims.

15

16  _January 14th, 2008_                    _____

17          DATE                            SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

1

2                           Case Number: _____

3

4

5

6

7

8

9                        **CERTIFICATE OF FUNDS**

10                              **IN**

11                      **PRISONER'S ACCOUNT**

12

13      I certify that attached hereto is a true and correct copy of the prisoner's trust account

14 statement showing transactions of **MARC CHARLES DAWSON** for the last six months a

15 at **HIGH DESERT STATE PRISON** [prisoner name] where (s)he is confined.
                [name of institution]

16      I further certify that the average deposits each month to this prisoner's account for the

17 most recent 6-month period were $ *145.36* and the average balance in the prisoner's

18 account each month for the most recent 6-month period was $ *170.22*

19                          THE WITHIN INSTRUMENT IS A CORRECT
                           COPY OF THE TRUST ACCOUNT MAINTAINED
                           BY THIS OFFICE.

20 Dated: *1-17-08*           ATTEST:
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                [authorized officer of the institution]
                    TRUST OFFICE

21

22

23

24

25

26

27

28

```
                                              REPORT DATE: 01/17/08
REPORT ID: TS3030  .701                          PAGE NO:        1

                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                           PELICAN BAY STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 17, 2008

                                          BED/CELL NUMBER:
ACCOUNT NUMBER : P13296
ACCOUNT NAME   : DAWSON, MARC CHARLES       ACCOUNT TYPE: T
PRIVILEGE GROUP:
                            TRUST ACCOUNT ACTIVITY
```

|       | TRAN |             |         |           |          |             |         |
|-------|------|-------------|---------|-----------|----------|-------------|---------|
| DATE  | CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |

```
                                                                         149.16
07/01/2007   BEGINNING BALANCE
                                                        25.00      124.16
07/09 FC01 DRAW-FAC 1     0147 A2GP                      0.10      124.06
08/01 W516 LEGAL COPY CH 0518                           30.00       94.06
08/06 FC01 DRAW-FAC 1     0619  A-2                                281.06
08/08 D300 CASH DEPOSIT   0675 #026           187.00               280.96
08/23 W516 LEGAL COPY CH 0936                            0.10      100.96
09/05 FC06 DRAW-FAC 6     1089 A2                      180.00      100.86
09/05 W516 LEGAL COPY CH 1106                            0.10       99.72
09/12 W512 LEGAL POSTAGE 1239                            1.14      174.72
09/13 D300 CASH DEPOSIT   1252  #51            75.00               124.72
09/26 W415 CASH WITHDRAW 1445 CKREQ 283148413          50.00      161.27
09/28 FR01 CANTEEN RETUR 701484                        36.55-     196.27
09/28 D300 CASH DEPOSIT   1483S19/27           35.00              175.27
10/04 W425 DONATION-A A   1620  A2                      21.00       95.27
10/05 FC01 DRAW-FAC 1     1649 A-2                      80.00      155.27
10/18 D300 CASH DEPOSIT   1801 #76             60.00              160.17
10/30 FR01 CANTEEN RETUR 701956                         4.90-     130.17
11/07 FC01 DRAW-FAC 1     2126 A2GP                     30.00     150.17
11/13 D300 CASH DEPOSIT   2181 #93             20.00                0.00
12/10 W610 TRANSFER OF T 2510 HDSP  283149123         150.17      150.00
12/18 D300 CASH DEPOSIT   2610S12/18          150.00               0.00
12/20 W610 TRANSFER OF T 2660 HDP   283149262         150.00       0.00

                            TRUST ACCOUNT SUMMARY
```

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 149.16 | 527.00 | 676.16 | 0.00 | 0.00 | |

```
                                              CURRENT
                                              AVAILABLE
                                              BALANCE
                                              ---------------
                                                    0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 01-17-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 1-18-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE


CALIFORNIA DEPARTMENT OF CORRECTIONS
HIGH DESERT STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUL. 17, 2007 THRU JAN. 17, 2008

ACCOUNT NUMBER : P13296           BED/CELL NUMBER: FBB3T2000000209L
ACCOUNT NAME   : DAWSON, MARC CHARLES     ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 07/17/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| 12/17 | D320 | TRUST FUNDS T | 2637 | PBSP | 150.17 | | 150.17 |
| 12/21 | FC01 | DRAW-FAC 1 | 2746 | B 3RD | | 45.00 | 105.17 |
| 12/27 | D320 | TRUST FUNDS T | 2795 | PBSP | 150.00 | | 255.17 |
| ACTIVITY FOR 2008 | | | | | | | |
| 01/04 | D300 | CASH DEPOSIT | 2870 | 3592 | 45.00 | | 300.17 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|------------------|-----------------|---------------|---------------------------|
| 0.00 | 345.17 | 45.00 | 300.17 | 0.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE
--------------
300.17
--------------
--------------





L. E. Goodwin MA 1

RC DAWSON    P-13296
O. BOX 3030, B3-209
HIGH DESERT STATE PRISON
SUSANVILLE, CA
96127-3030

RECEIVED

JAN 2    2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
U.S. COURTHOUSE
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA    94102-348