RICHARD W. WIEKING
COURT CLERK
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

FEBRUARY 26TH., 2008

FEB 29 PM 12: 6

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MARC DAWSON  P-13296
P.O. BOX 3030, B3-209L
HIGH DESERT STATE PRISON
SUSANVILLE, CA  96127-3030


RE: FILING OF COMPLAINT


DEAR MR. WIEKING:

I AM WRITING TO YOU IN REGARDS TO A LETTER THAT I RECEIVED FROM YOUR OFFICE LAST NIGHT THAT IS ATTACHED TO THIS LETTER. IT STATES THAT IT APPEARS THERE WAS NO COMPLAINT FILED WITH MY IN FORMA PAUPERIS MOTION. THIS IS CONFUSING. ATTACHED IS A COPY OF THE PROOF OF SERVICE THAT THE PRISON USES AND BOTH OF THE DOCUMENTS WERE SENT OUT ON THE SAME DATE IN FORMA PAUPERIS MOTION & THE COMPLAINT ITSELF). THIS WAS ON 2-4-08. ALSO ATTACHED IS A COPY OF A STAMPED COVER SHEET WITH YOUR NAME ON IT AND THIS IS CLEARLY THE COMPLAINT. SO, I'M NOT SURE WHAT HAS GONE WRONG HERE, SIR. I HAVE ALREADY BEEN ALLOWED THE TWO COPIES OF MY COMPLAINT, BUT THE LAW LIBRARY, IN LIGHT OF YOUR NOTICE, ALLOWED ME ONE ADDITIONAL COPY TO SEND WITH THIS LETTER. I'VE ALSO USED THE FORM THAT YOU SENT WITH THE STAMPS ON IT. I HOPE THAT THIS CLEARS UP THIS MATTER AND THAT YOU WILL LET ME KNOW THAT EVERYTHING IS OKAY. THANK YOU. HAVE YOURSELF A GOOD DAY OUT THERE, MR. WIEKING!


SINCERELY AND RESPECTFULLY SUBMITTED,

*Marc Dawson P13296 (PR)*

MARC CHARLES DAWSON, PLAINTIFF

CV-08-0741-JF (PR)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**ORIGINAL FILED**
JAN 3 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# E-filing

Dear Sir or Madam:

Your action has been filed as a civil case number **CV 08 0741**.

It appears that you have not attached a complaint or petition to your other pleadings.

**If you do not submit a complaint or petition (using the above referenced case number) within THIRTY DAYS from the filing date stamped above, your action will be dismissed and the file closed.**

JF
(PR)

Sincerely,
RICHARD W. WIEKING, Clerk

By _____
Deputy Clerk

(IFP Application / letter / no complaint)
(blank complaint form / petition attached)

Rev. 10/07

DAWSON

## PROOF OF SERVICE BY MAIL
[C.C.P. 1013, 2015.; 28 U.S.C. 1746]

STATE OF CALIFORNIA )
) SS:
County of Lassen )

I, (A) __Marc Dawson__, am a resident of the High Desert State Prison at Susanville, County of Lassen, California, am at least 18 years of age. My mailing address is P.O. Box 3030, Susanville, CA 96127.

On (B) __2-3-__, 20__08__, I served a true and correct copy of the following document(s):

(C) __Civil Complaint (42 USC 1983)__
__and In Forma Pauperis Motion__

on each party listed below by placing it in an envelope, with adequate postage or provided, and by depositing said envelope in a box for the United States Mail at HDSP, P.O. Box 3030, Susanville, CA 96127.
Each party to the action has been duly served.

This copy is being mailed to (D):
__Northern District Court__
__450 Golden State Ave.__
__San Francisco, CA 94102-3483__

I have mailed additional copies to (D):

Ø

There is regular delivery service by the United States Mail between the above place a mailing and the parties' listed.

I declare, under penalty of perjury, that the foregoing is true and correct.
Dated (E): __2-3-__ 20__08__, at Susanville, California.

Signed: __Marc Dawson__  CDC I.D. # __P13296__

---

HDSP MAILROOM ACKNOWLEDGMENT OF MAILING

DATE: __2-4-08__

SIGNED: __A. Fleming__

Marc Clausen D15296
PO Box 3030 B8-249
High Desert State Prison
Susanville, Ca. 96127-3030

**STATE PRISON**

**LEGAL MAIL**

**LEGAL MAIL**

Office of the Clerk
Northern District
of Calif.
450 Golden Gate Ave
San Francisco, Ca. 9410[?]