NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC DAWSON, | No. C 08-0741 JF (PR) |
| Plaintiff, | ORDER GRANTING MOTION TO DISMISS ACTIONS AGAINST DEFENDANTS MORGAN, MCLEAN AND THACKER |
| v. | |
| S. LATHAM, et al., | |
| Defendants. | (Docket No. 7) |

Plaintiff, a California prisoner incarcerated at High Desert State Prison and proceeding pro se, filed the instant civil rights action pursuant to 42 U.S.C. § 1983 against officials at Pelican Bay State Prison ("PBSP"), where Plaintiff was formerly housed.

In a partial order of dismissal and service, the Court dismissed Plaintiff's claim against Defendants Morgan, McLean and Thacker for their actions in processing and denying his administrative appeals for failure to state a cognizable claim. See Ramirez v. Galaza, 334 F.3d 850, 860 (9th Cir. 2003) (holding that there is no constitutional right to a prison administrative appeal or grievance system); Mann v. Adams, 855 F.2d 639, 640 (9th Cir. 1988) (same). Plaintiff has filed a motion to dismiss his actions against these defendants. Plaintiff's motion (Docket No. 7) is GRANTED. Plaintiff's actions against Defendants Morgan, McLean and Thacker are DISMISSED, and they shall no longer be parties to this action.

IT IS SO ORDERED.

DATED: 6/27/08

JEREMY FOGEL
United States District Judge

Order Granting Motion to Dismiss Action Against Ds
P:\PRO-SE\SJ.JF\CR.08\Dawson741_motion.wpd