# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
See reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Marc Dawson | 08-741-JF |
| **DEFENDANT** | **TYPE OF PROCESS** |
| S. Latham, et al | see below |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

S. Latham, Pelican Bay State Prison

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

5905 Lake Earl Dr. (PO Box 7000) Crescent City, CA 95531

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Marc Dawson P13296
High Desert State Prison
PO Box 3030 B3-209L
Susanville, CA 96127

| | |
|---|---|
| Number of process to be served with this Form - 285 | 2 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

1. Complaint
2. Order of Partial Dismissal and of Service; Directing Defendants to File Dispositive Motion or Notice Regarding Such Motion

*Filed JUL 17 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE*

Signature of Attorney or other Originator requesting service on behalf of:  Sandy Morris   ☒ PLAINTIFF   ☐ DEFENDANT   TELEPHONE NUMBER: 408-535-5361   DATE: 5/14/08

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 2 | 11 | 11 | | 5/29/08 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 7/04/08   Time: U.S. Mail   pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $45.00 | | | $45.00 | | $45.00 |

**REMARKS:**
5/30/08 Mailed U.S. Mail
07/15/08 Received acknowledgment of service

EXECUTED

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| MARC C DAWSON <br> Plaintiff <br> v. <br> S LATHAM <br> Defendant | ) ) ) ) ) ) Civil Action No.   CV 08-00741 JF |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
S. Latham, Pelican State Prison
5905 Lake Earl Dr. (PO Box 7000)
Crescent City, CA 95531

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Marc Dawson (P13296) High Desert State Prison
PO Box 3030 B3-209L
Susanville, CA 95127

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Richard W. Wieking*
Name of clerk of court

Date: __May 14, 2008__

*Sandy [signature]*
Deputy clerk's signature

**SANDY MORRIS**

EXECUTED

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __7/08/08__,
by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) __Received acknowledgement of service__

My fees are $ __free__ for travel and $ _____ for services, for a total of $ __0.00__.

Date: __7/15/08__      __Donald Harris Jr__
Server's signature

__USMS__
Printed name and title

UNITED STATES MARSHALS SERVICE
280 SOUTH FIRST STREET ROOM 2100
SAN JOSE, CA 95113

Server's address



**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
NORTHERN District of CALIFORNIA

TO: S. LATHAM
PELICAN BAY STATE PRISON
5905 LAKE EARL DR. (PO BOX 7000)
CRESCENT CITY, CA. 95531

Civil Action, File Number: 08-741-JF

MARC DAWSON
V.
S. LATHAM ET AL

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within 20 days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ___ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within ___ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

5/29/08
Date of Signature

_[signature]_
Signature (USMS Official)

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

_[signature]_   Harry T. Gower
Signature                          PRINT

Calif. Attorney General
Relationship to Entity/Authority to Receive

_EXECUTED_

Service of Process

July 8, 2008
Date of Signature

Copy 1 - Clerk of Court

Form USM-299
(Rev. 6/95)