**E-filed 7/21/08**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC DAWSON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>S. LATHAM, M. EDWARDS, B. JAIN, M. MORGAN, M. MCLEAN and A. THACKER,<br><br>　　　　　　Defendants. | C 08-0741-JF(PR)<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME** |

Defendants' motion for an extension of time to file a dispositive motion is **GRANTED**. The motion, or a statement that no such motion is justified, shall be filed by November 5, 2008.

**IT IS SO ORDERED**.

Dated: ____7/21/08_____

_____
JEREMY FOGEL
United States District Judge

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *Dawson v. Latham, et al.*

No.:   **C 08-0741-JF(PR)**

I, Corazon Marcelino, declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On July 9, 2008, I served the attached **MOTION FOR ADMINISTRATIVE RELIEF TO PERMIT ADDITIONAL TIME TO FILE MOTION FOR SUMMARY JUDGMENT OR OTHER DISPOSITIVE MOTION; DECLARATION OF HARRY T. GOWER, III IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF TO PERMIT ADDITIONAL TIME TO FILE MOTION FOR SUMMARY JUDGMENT OR OTHER DISPOSITIVE MOTION; and [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Marc Charles Dawson**
**P-13296**
**High Desert State Prison**
**P.O. Box 3030**
**Susanville, CA 96127-3030**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 9, 2008, at San Francisco, California.

| Corazon Marcelino | *signature* |
|---|---|
| Declarant | Signature |

20121350.wpd