```
Marc Dawson
P.O. Box 3030
High Desert State Prison
Susanville, CA 96127-3030
CDCR #P-13296

In Pro Per
```

FILED

JUL 21 2008

Richard W. Wieking
U.S. District Court
Northern District of California
San Jose

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Marc Dawson,

    Plaintiff,

v.

S. Latham, et al.,

    Defendants,

No. C 08-0741 JF (PR)

REQUEST FOR ADMISSIONS

(SET ONE)

(Fed.R.Civ.P.36)

PROPOUNDING PARTY:   PLAINTIFF MARC DAWSON

RESPONDING PARTY:    DEFENDANT M. EDWARDS

SET NUMBER:          ONE

TO DEFENDANT AND HER RECORD OF COUNSEL:

PLEASE TAKE NOTICE that pursuant to Rule 36 of the Federal Rules of Civil Procedure, Plaintiff MARC DAWSON hereby requests that the Defendant M. EDWARDS is to make the following admissions within 30 days after the service of this request.

1. Attachment "A" is a report authored by M. EDWARDS.

2. M. EDWARDS entered the medical document marked exhibit "A" on 6-10-06.

3. M. EDWARDS was assigned as a health care provider on 6-10-06.

4. M. EDWARDS recorded the Plaintiffs eye opening response as "4" according to attachment "A".

5. M. EDWARDS recorded the Plaintiff's best verbal response, according to attachment "A", as a "5".

6. M. EDWARDS recorded the Plaintiff's best motor response as a "6" according to attachment "A".

7. M. EDWARDS recorded the Plaintiff's pupil response, in the right eye, a "B" according to attachment "A".

8. On attachment "A" under pupil response, a "B" means "Brisk".

9. M. EDWARDS recorded the Plaintiff's pupil response. in the left eye, a "SL" according to attachment "A".

10. On attachment "A" under pupil response, a "SL" means "Sluggish".

11. M. EDWARDS recorded the Plaintiff's pupil size, in the right eye, as being a "4" according to attachment "A".

12. M. EDWARDS recorded the Plaintiff's pupil size, in the left eye, as a "3", according to attachment "A".

13. M. EDWARDS recorded a difference in the Plaintiff right eye in comparison to the left eye, according to attachment "A".

14. M. EDWARDS used a number scale to identify responses in the 2 boxes under the heading of "Glascow Coma Scale", according to attachment "A".

15. M. EDWARDS is knowledgable with the "Glascow Coma Scale".

16. The Plaintiff notified M. EDWARDS that he had taken the wrong medication, on Thursday, and the problems began afterwards, according to attachment "A".

17. M. EDWARDS recorded that the Plaintiff's muscles in his arms and legs were "twitchy and jumpy", according to attachment "A".

18. M. EDWARDS recorded that the Plaintiff's head was bent in a forward manner and that the Plaintiff stated that it felt as if someone was pushing down on his head, according to attachment "A".

19. M. EDWARDS recorded that the Plaintiff could not put his head straight according to attachment "A".

20. M. EDWARDS did not draw a blood sample from the Plaintiff on 6-10-06.

21. M. EDWARDS did not implement any procedures that would help to identify what the Plaintiff had taken on 6-8-06.

22. M. EDWARDS, after recording the Plaintiffs physical symptoms and condition on 6-10-06, according to attachment "A", did not implement any procedures that would identify what the Plaintiff had ingested on 6-8-06.

23. M. EDWARDS referred the Plaintiff to see the PCP on Monday, 6-12-06.

24. M. EDWARDS recorded the referral to see a PCP Monday, 6-12-06, on page 2 of attachment "A".

25. The Plaintiff informed M. EDWARDS on 6-10-06 that he had taken medication that was not his on Thursday, according to attachment "A".

26. According to attachment "A", Thursday would have been 6-8-06.

27. The time period between 6-8-06 through 6-12-06 is 4 days.

28. M. EDWARDS did not instruct any health care providers assigned to PBSP building A-1 to monitor Plaintiffs vital signs.

29. M. EDWARDS did not do any type of follow-up to check if the Plaintiff, in regards to her referral on attachment "A", had seen a PCP on 6-12-06.

30. M. EDWARDS is familiar with the medical procedures implemented at PBSP on 6-10-06.

31. M. EDWARDS was employed as a Registered Nurse at PBSP on 6-10-06.

32. When an inmate takes an unknown poison or toxic substance, efforts are made to identify the substance in order to counteract the effects.

Dated: July 11th, 2008                    /s/ Marc Dawson, Plaintiff
                                              Marc Dawson, Plaintiff

///
///
///

Marc Dawson
P.O. Box 3030, Susanville, CA 96127

# ATTACHMENT A

# EMERGENCY CARE FLOW SHEET
## CALIFORNIA DEPARTMENT OF CORRECTIONS

BSP 7206

| | | | |
|---|---|---|---|
| DATE | 06-10-2006 | IN 1923 | OUT 2003 |

| NAME LAST | FIRST | CDC NUMBER | HOUSING | DOB |
|---|---|---|---|---|
| DAWSON | MARC | P13296 | A01U203U | 01-14-1964 |

| TIME OF INCIDENT | LOCATION OF INCIDENT | MODE OF ARRIVAL |
|---|---|---|
| approx all day | cell | ambulatory |

| STAFF NAME LAST | FIRST | OCCUPATION | SEX | AGE | DOB |
|---|---|---|---|---|---|

| | TB CODE | DATE OF LAST TETANUS |
|---|---|---|
| CHIEF COMPLAINT | 22 | unknown |

### MECHANISM OF INJURY
- [ ] STABBING
- [ ] PHYSICAL ALTERCATION
- [ ] GUNSHOT WOUND
- [ ] BURN
- [ ] SPORTS INJURY
- [ ] ON THE JOB INJURY
- [x] OTHER

feeling jittery with strobing lights in eyes & like someone is pushing his head

### SKIN COLOR
- [x] NORMAL
- [ ] PALE
- [ ] ASHEN
- [ ] CYANOTIC
- [ ] FLUSHED

### SKIN TEMP
- [ ] HOT
- [ ] WARM
- [x] COOL
- [ ] COLD

### SKIN MOISTURE
- [x] NORMAL
- [ ] DRY
- [ ] MOIST
- [ ] PROFUSE

### CAPILLARY REFILL
- [x] < 2 SECONDS
- [ ] > 2 SECONDS
- [ ] NONE

### GLASGOW COMA SCALE

| TIME | EYE OPENING RESPONSE | BEST VERBAL RESPONSE | BEST MOTOR RESPONSE |
|---|---|---|---|
| 1940 | 4 | 5 | 6 |

### LUNG SOUNDS

| | RT | LT |
|---|---|---|
| CLEAR | [x] | [x] |
| WHEEZES | [ ] | [ ] |
| RALES | [ ] | [ ] |
| RHONCHI | [ ] | [ ] |
| DIMINISHED | [ ] | [ ] |
| ABSENT | [ ] | [ ] |

### RESP CHARACTER
- [ ] LABORED
- [x] UNLABORED
- [ ] PAINFUL
- [ ] SHALLOW
- [ ] DEEP
- [ ] RETRACTION
- [ ] NASAL FLARING

### EVIDENCE OF TRAUMA
- [ ] CHEST
- [ ] ABDOMEN
- [ ] G/U
- [ ] PELVIS
- [ ] BACK SPINE
- [ ] HEAD
- [ ] NECK
- [ ] EXTREMITIES
- [ ] OTHER

### VITALS

| TIME | TEMP | PULSE | RESP | BP | SaO2 |
|---|---|---|---|---|---|
| 06-10-2006 2001 | 97.6 | 82 | 20 | 123/84 | 98 |

### CURRENT MEDICATIONS
NEURONTIN 250MG/5ML SOLN 1000 MG, OMEPRAZOLE 20MG CAPSULE DR 20 MG

### MEDICATION ALLERGIES
ASPIRIN, NSAIDS, ASPIRIN, NSAIDS, N D CLEAR, NAPROXEN SODIUM, .

### PUPIL

| TIME | PUPIL RESPONSE R | L | PUPIL SIZE R | L |
|---|---|---|---|---|
| 1940 | SL | B | 4 | 3 |

KEY C=CLOSE B=BRISK SL=SLUGGISH F=FIXED

| IV | TIME | NAME | SITE | GAUGE | RATE |
|---|---|---|---|---|---|

| O2 | TIME | ROUTE | RATE | SaO2 |
|---|---|---|---|---|

### SIGNATURES
RN/MTA/MD
RN/MTA/MD
RN/MTA/MD
RN/MTA/MD

### PATIENT DISPOSITION
RTC

MODE OF DEPARTURE  aml.

### PATIENT CONDITION ON DISCHARGE
TIME 2003

SUPERVISOR REVIEW
Y Bueno SRN II

### SOAP NOTATIONS
SUBJECTIVE (PATIENT'S STATEMENTS, HISTORY)

OBJECTIVE (PHYSICAL EVALUATION)

### NOTES

| DATE/TIME | DESCRIPTION |
|---|---|

| NAME (LAST, FIRST, MI) | DAWSON, MARC |
|---|---|
| CDC# | P13296 |

Page 1 of 2

| DATE/TIME | DESCRIPTION | NURSING DIAGNOSIS/NOTES |
|---|---|---|

| DATE | DESCRIPTION | PLAN (PT EDUCATION, FOLLOWUP, MD ORDERS, ETC.) NOTES |
|---|---|---|
| 06-10-2006 2000 | DIPHENHYDRAMINE 25MG CAPLET | VO Risenhoover FNP |

## Notes:

06-10-2006 2003

S-" I took the wrong medicine Thursday & this muscle, eye & neck things started Friday in group."
O- A&O x4, resp even & unlabored, skin cool & dry with good capillary refill, eyes react to light but R pupil is one size larger than L pupil, MAE. Muscles in arms & legs are twitching & jumpy. Head is bent forward & states feels like someone is pushing it down. Can't put his neck straight so head is upright. Denies any pain-just above problems.
A- alt in sensory perception R/T muscle, eye & neck problems.
P- MOD called & report given. New orders received. Instructed to rest & drink lots of water. To see PCP on Monday 6-12-06
for all his symptoms. RTC.   M Edwards RN

| NAME (LAST, FIRST, MI) | DAWSON, MARC |
|---|---|
| CDC# | P13296 |