```
Marc Dawson
P.O. Box 3030, B3-209
High Desert State Prison
Susanville, CA  96127-3030
CDCR #P-13296

In Pro Per
```

FILED

JUL 21 2008

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Marc Dawson,

    Plaintiff,

v.

S. Latham, et al.,

    Defendants,

No. C 08-0741 JF (PR)

REQUEST FOR ADMISSIONS

(SET ONE)

(Fed.R.Civ.P.36)

PROPOUNDING PARTY:    PLAINTIFF MARC DAWSON

RESPONDING PARTY:    DEFENDANT B. JAIN

SET NUMBER:    ONE

TO DEFENDANT AND HER COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rule 36 of the Federal Rules of Civil Procedure, Plaintiff MARC DAWSON hereby requests that the Defendant, B. JAIN is to make the following admissions within 30 days after service of this request.

    1. B. Jain was employed as a Medical Doctor, by the California Department of Corrections and Rehabilitation on June 15th, 2006.

    2. B. Jain has been employed by the CDCR since June 15th, 2006.

    3. B. Jain is a trained Medical Doctor.

4. B. Jain was the Medical Doctor on June 15th, 2006, and responsible for the plaintiff's medical care and treatment.

5. B. Jain conducted a medical interview on June 15th, 2006 with plaintiff.

6. B. Jain recognizes attachment "A" as being a report authored by herself on June 15th, 2006.

7. Under the bold heading of "PLAN" on attachment "A", the defendant report- while in the clinic, the plaintiff was noted to have right eye twitching (intentional).

8. B. Jain recognizes attachment "B" as being a report authored by the nurse assigned to the clinic, at PBSP, on June 10th, 2006.

9. B. Jain recognizes the author's name of attachment "B" as being the nurse whose name is M. Edwards.

10. Looking at attachment "B", B. Jain cannot locate any notations that support her statement in attachment "A" which states that according to this report, from the clinic, that the plaintiff exhibited any type of intentional eye twitching.

11. B. Jain cannot produce or identify any other documents that can support, in any manner, that the plaintiff had any type of intentional eye twitching while at the clinic on June 15th, 2006.

12. B. Jain made an error in her statement that the plaintiff had intentional twitching in his right eye.

13. On 6-21-06, the plaintiff filed a 602 in regards to B. Jain's errors and on June 22, 2006, B. Jain interviewed the plaintiff about the 602.

14. B. Jain recognizes attachment "C" as being a report that she authored on June 22, 2006.

15. B. Jain recognizes attachment "D" as being a lab report that shows 2.0 L of artane in the plaintiff's blood at the time that his test was completed.

16. B. Jain ordered this lab test done on June 15th, 2006.

17. B. Jain is familiar with lab reports such as attachment "C".

18. B. Jain cannot identify or produce any type of records that would show or indicate the she ever discussed these results with the plaintff at any time, or during any medical visit that these results were positive for artane.

19. On July 22nd, 2006, during a medical visit, B. Jain informed plaintiff that his blood tests were negative and that he had blood in his urine.

20. The amount of time that elapsed between June 22nd, 2006, and July 22nd of 2006 is 30 days.

21. B. Jain did not see the plaintiff at any time between June 22nd, 2006, and July 22nd, 2006.

22. The tests results from attachment "D", according to the date indicated on the same document was June 22nd, 2006.

Dated: July 11th, 2008

/s/ Marc Dawson
Marc Dawson, Plaintiff in pro per

///
///
///

ATTACHMENT "A"

Assessment

Medical Diagnosis

C   379.90      Description:   EYE DISORDER NOS
Axis:     GAF:       Status:   CURRENT     Provider:   JAIN, MD, BHAWNA
Diagnosis Dt/Tm: 06-15-2006 1524    Resolve Dt/Tm: 00-00-0000 0000    Priority:
Notes:


Code:   V68.1    Description:   ISSUE OF REPEAT PRESCRIPTIONS
Axis:     GAF:       Status:   CURRENT     Provider:   MCLEAN, FNP, MAUREEN
Diagnosis Dt/Tm: 08-15-2005 0859    Resolve Dt/Tm: 00-00-0000 0000    Priority:
Notes:


Code:   999999   Description:   ALT.IN COMFORT R/T R.FOOT BURNING
Axis:     GAF:       Status:   CURRENT     Provider:   FELLOWS, RN, BARBARA
Diagnosis Dt/Tm: 08-15-2005 0849    Resolve Dt/Tm: 00-00-0000 0000    Priority:
Notes:


Code:   999999   Description:   PERONEAL NERVE INJURY
Axis:     GAF:       Status:   CURRENT     Provider:   MCLEAN, FNP, MAUREEN
Diagnosis Dt/Tm: 09-23-2005 1421    Resolve Dt/Tm: 00-00-0000 0000    Priority:
Notes:


Plan

Provider:   JAIN, MD, BHAWNA         Plan Dt/Tm:  06-15-2006 1525     Completed By:
Completed Dt/Tm:                     Patient Education:   N           Phone Order Status:   NONE
Entry Date: 06-15-2006 1525          Entered By: MPIMSBJ, JAIN, MD

inmate symptoms doesnot fit any common medical diagnosis . in the clinic he was noted to have RT eye twitching( intentional)
but he says he has problem with LT. will order optometry evaluation . continue benadryl as prescribed.
will also order urine and serum tox.
Rtc in 1 WK

PHYSICIAN'S PROGRESS NOTES         CDC #: P13296
                                   Name(L.F.M.S):   DAWSON, MARC

ATTACHMENT "B"

# EMERGENCY CARE FLOW SHEET
## CALIFORNIA DEPARTMENT OF CORRECTIONS

**DATE** 06-10-2006  
**IN** 1923  **OUT** 2003

BSP 7206

| NAME LAST | FIRST | CDC NUMBER | HOUSING | DOB |
|---|---|---|---|---|
| DAWSON | MARC | P13296 | A01U203U | 01-14-1964 |

**TIME OF INCIDENT:** approx all day  
**LOCATION OF INCIDENT:** cell  
**MODE OF ARRIVAL:** ambulatory

| STAFF NAME LAST | FIRST | OCCUPATION | SEX | AGE | DOB |
|---|---|---|---|---|---|

**CHIEF COMPLAINT**  
**TB CODE:** 22  
**DATE OF LAST TETANUS:** unknown

### MECHANISM OF INJURY
- [ ] STABBING
- [ ] PHYSICAL ALTERCATION
- [ ] GUNSHOT WOUND
- [ ] BURN
- [ ] SPORTS INJURY
- [ ] ON THE JOB INJURY
- [x] OTHER: feeling jittery with strobing lights in eyes & like someone is pushing his head

### SKIN COLOR
- [x] NORMAL
- [ ] PALE
- [ ] ASHEN
- [ ] CYANOTIC
- [ ] FLUSHED

### SKIN TEMP
- [ ] HOT
- [ ] WARM
- [x] COOL
- [ ] COLD

### SKIN MOISTURE
- [x] NORMAL
- [ ] DRY
- [ ] MOIST
- [ ] PROFUSE

### CAPILLARY REFILL
- [x] < 2 SECONDS
- [ ] > 2 SECONDS
- [ ] NONE

### GLASGOW COMA SCALE

| TIME | EYE OPENING RESPONSE | BEST VERBAL RESPONSE | BEST MOTOR RESPONSE |
|---|---|---|---|
| 1940 | 4 | 5 | 6 |

### LUNG SOUNDS
| | RT | LT |
|---|---|---|
| CLEAR | [x] | [x] |
| WHEEZES | [ ] | [ ] |
| RALES | [ ] | [ ] |
| RHONCHI | [ ] | [ ] |
| SHED | [ ] | [ ] |
| ABSENT | [ ] | [ ] |

### RESP CHARACTER
- [ ] LABORED
- [x] UNLABORED
- [ ] PAINFUL
- [ ] SHALLOW
- [ ] DEEP
- [ ] RETRACTION
- [ ] NASAL FLARING

### EVIDENCE OF TRAUMA
- [ ] CHEST
- [ ] ABDOMEN
- [ ] G/U
- [ ] PELVIS
- [ ] BACK SPINE
- [ ] HEAD
- [ ] NECK
- [ ] EXTREMITIES
- [ ] OTHER

### VITALS

| TIME | TEMP | PULSE | RESP | BP | SaO2 |
|---|---|---|---|---|---|
| 06-10-2006 2001 | 97.6 | 82 | 20 | 123/84 | 98 |

**CURRENT MEDICATIONS:** NEURONTIN 250MG/5ML SOLN 1000 MG, OMEPRAZOLE 20MG CAPSULE DR 20 MG

| TIME | NAME | SITE | GAUGE | RATE |
|---|---|---|---|---|

**MEDICATION ALLERGIES:** ASPIRIN, NSAIDS, ASPIRIN, NSAIDS, N D CLEAR, NAPROXEN SODIUM, .

| TIME | ROUTE | RATE | SaO2 |
|---|---|---|---|

### PUPIL RESPONSE / PUPIL SIZE

| TIME | R | L | R | L |
|---|---|---|---|---|
| 1940 | SL | B | 4 | 3 |

**KEY** C=CLOSE  B=BRISK  SL=SLUGGISH  F=FIXED  
3  4  5  6  7  8

### SIGNATURES
RN/MTA/MD  
RN/MTA/MD  
RN/MTA/MD  
RN/MTA/MD

**PATIENT DISPOSITION:** RTC  
**MODE OF DEPARTURE:** aml.  
**TIME:** 2003

**PATIENT CONDITION ON DISCHARGE**

**SUPERVISOR REVIEW:** [signature] SRN II

### SOAP NOTATIONS
**SUBJECTIVE (PATIENT'S STATEMENTS, HISTORY)**

**OBJECTIVE (PHYSICAL EVALUATION)**

| DATE/TIME | DESCRIPTION | NOTES |
|---|---|---|

| ASSESSMENT (NURSING DIAGNOSIS) | |
|---|---|
| DATE/TIME   DESCRIPTION | NOTES |

| PLAN (PT EDUCATION, FOLLOW UP, MD ORDERS, ETC.) | |
|---|---|
| DATE/TIME   DESCRIPTION | NOTES |
| 06-10-2006 2000   DIPHENHYDRAMINE 25MG CAPLET | VO Risenhoover FNP |

Notes:

06-10-2006 2003   S-" I took the wrong medicine Thursday & this muscle, eye & neck things started Friday in group."
O- A&O x4, resp even & unlabored, skin cool & dry with good capillary refill, eyes react to light but R pupil is one size larger than L pupil, MAE. Muscles in arms & legs are twitching & jumpy. Head is bent forward & states feels like someone is pushing it down. Can't put his neck straight so head is upright. Denies any pain-just above problems.
A- alt in sensory perception R/T muscle, eye & neck problems.
P- MOD called & report given. New orders received. Instructed to rest & drink lots of water. To see PCP on Monday 6-12-06
for all his symptoms. RTC.   M Edwards RN

ATTACHMENT "C"

Plan

| | | |
|---|---|---|
| Provider: JAIN, MD, BHAWNA | Plan Dt/Tm: 06-22-2006 1057 | Completed By: |
| Completed Dt/Tm: | Patient Education: N | Phone Order Status: NONE |
| ...te: 06-22-2006 1057 | Entered By: MPIMSBJ, JAIN, MD | |

t seems that discrepancy in last exam and symptoms were not intentional and inmate does have problem with RT eye in the past and gets twitching because of that.
nmate is scheduled for optometry exam tomorrow. will FU after that.
will also FU on pending labs.
RTC in 1 wk.

## Order

### Treatments

| Start Dt: | CPT | Treatment | Freq | Anatomical Location | Provider |
|---|---|---|---|---|---|
| 06-22-2006 1100 | 99999 | PCP FU | NA | | JAIN, MD, BHAWNA |

| | |
|---|---|
| PHYSICIAN'S PROGRESS NOTES | CDC #: P13296<br>Name(L.F.M.S): DAWSON, MARC |

# ATTACHMENT "D"

Quest Diagnostics Incorporated

A1-203C

| | |
|---|---|
| PATIENT INFORMATION | REPORT STATUS  Final |
| DAWSON, P13296 | |
| | ORDERING PHYSICIAN |
| DOB: 01/14/1964  Age: 42 | JAIN, BHAWNA |
| GENDER: M | |
| | CLIENT INFORMATION |
| SPECIMEN INFORMATION | 4107710 |
| SPECIMEN: EL1031567 | PELICAN BAY STATE PRISON |
| REQUISITION: 41077100080149 | CLINICAL LABORATORY |
| LAB REF NO: A1-203 | 5905 LAKE EARL DR |
| | CRESCENT CITY CA 95531 |
| COLLECTED: 06/16/2006   00:00 | |
| RECEIVED:  06/17/2006   01:05 | |
| REPORTED:  06/22/2006   11:34 | |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| HALOPERIDOL (HALDOL) | | <0.5 L | ng/mL | NI |
| HALOPERIDOL | Reference Range:<br>5-15<br>TOXIC: 50 OR MORE | | | |
| TRIHEXYPHENIDYL (ARTANE) | | <2.0 L | 5.0 - 40.0 ng/mL | MX |
| TRIHEXYPHENIDYL | | | | |

Performing Laboratory Information:
MX   Med Tox 402 W. Country Road St. Paul MN  55112 Laboratory Director: Jennifer A. Collins,
NI   Nichols Institute 33608 Ortega Hwy. San Juan Cap CA  92675 Laboratory Director: R.A. Reitz, MD.
SC   Quest Diagnostics 3714 Northgate Boulevard Sacramento CA  95834 Laboratory Director: Gerald E. Simon, M.D.