1  Marc Dawson
   P.O. Box 3030
2  High Desert State Prison
   Susanville, CA  96127-3030
3  CDCR #P-13296

4  In Pro Per

**FILED**

JUL 2 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6                    UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8  Marc Dawson,                           No. C 08-0741 JF (PR)

9         Plaintiff,
                                          **REQUEST FOR ADMISSIONS**
10 v.
                                          **(SET TWO)**
11 S. Latham, et al.,
                                          **(Fed.R.Civ.P.36)**
12         Defendants,
   _____/

13

14

15 PROPOUNDING PARTY:      PLAINTIFF MARC DAWSON

16 RESPONDING PARTY:       DEFENDANT S. LATHAM

17 SET NUBER:              TWO

18

19

20    TO DEFENDANT AND HER COUNSEL OF RECORD:

21       PLEASE TAKE NOTICE that pursuant to Rule 36 of the Federal Rules of Civil

22 Procedure, Plaintiff MARC DAWSON hereby requests that the Defendant S. LATHAM is

23 to make the following admissions within 30 days after service of this request.

24

25       1. Attachment "A" is a page from the medical procedures manual that has a

26 a heading of PELICAN BAY STATE PRISON in the upper right hand corner of the page.

27       2. S. LATHAM recognizes this page, page number IVA-4-8 as being a page in

28 the Pelican Bay State Prison procedure maunual. See attachment "A".

(left margin, vertical text) CDCR P-13296, P.O. Box 3030, Susanville, CA 96127    Marc Dawson

3. Attachment "B" is a copy of the "MAR" for the month of June, 2006.

4. S. LATHAM recognizes this page as being a Medical Assignment Roster used at Pelican Bay State Prison. See attachment "B".

5. S. LATHAM recognizes the initials "SML" on attachment "B".

6. Attachment "B" does not contain any hand-written notations.

7. Attachment "B" is a computer generated printout.

8. Attachment "A", under the heading "Medication Errors", No. 2, states an appropriate documentation and dose given shall be recorded on the reverse side of the "MAR".

9. There is not any notations on the reverse side of Attachment "B".

10. S. LATHAM, as a health care giver, is required to be familiar with any policies and procedures in use at Pelican Bay State Prison.

Dated: *July 11th, 2008*                    /s/ *Marc Dawson, Plaintiff*

Marc Dawson, Plaintiff in Pro Per

///
///
///

Marc Dawson
CDCR #P-13296, P.O. Box 3030, Susanville, CA 96127

# ATTACHMENT
# A

8. If the inmate-patient who is under a Keyhea order refuses *a single dose* of medication, and a "back-up" medication is ordered, the nurse/LPT shall determine the safety of administering the back-up medication at the facility medication administration area. If it is determined to be safe, the medication shall be administered at the facility. If it is determined the safety of the inmate-patient or staff is at risk; the nursing/LPT staff shall obtain an order from the treating psychiatrist to transport the inmate-patient to the CTC for placement into 5-point restraints. The inmate-patient shall be released and returned to his housing after administration of the medication unless otherwise determined by the psychiatrist. After normal business hours, the CTC RN shall contact the POC for orders.

9. If the inmate-patient who is under a Keyhea order refuses *a single dose* of medication, and **no** "back up" medications are ordered, the outpatient facility clinic, during normal business hours, shall contact the facility psychiatrist for instructions. After normal business hours, the outpatient clinic staff shall contact the CTC RN who shall contact the Psychiatric On-Call for instructions.

I.  Medication Errors

1. Upon recognition of a medication error the inmate-patient shall be monitored for signs and symptoms of an adverse drug reaction.

2. Appropriate documentation of the medication and dose given shall be recorded on the reverse side of the MAR.

3. The prescribing authorized person or, after hours, the Physician/Psychiatrist on call shall be notified for further directives. If physician's orders are received, they shall be documented on a Physician's Order form ( CDC 7221).

4. The RN/MTA or LPT identifying the medication error shall complete a Medication Incident Report and shall submit it to the Director of Nursing (DON) for review and follow-up.

5. Upon receipt of the Medication Incident Report, the DON shall notify the supervisor of the nurse/psychiatric technician responsible for the error.

6. The DON shall sign the report and forward it to the pharmacy.

7. The pharmacy shall maintain the original Incident Report.

8. The employee and the supervisor shall discuss how the error could have been avoided. The Nursing Supervisor shall determine the appropriate action to be taken based on the severity of the error.

9. If the error is due to Pharmacy mislabeling, a medication or filling a prescription incorrectly, the medication shall be returned to the Pharmacy immediately.

J.  Medication Renewals

1. Inmate-patients with on-going conditions such as a chronic disease process or mental health conditions shall be scheduled for an appointment with the PCP/Psychiatrist prior to the expiration of essential medication.

2. Additionally, on a weekly basis, the pharmacist shall provide the clinic RN with a listing of individual essential medications that will be expiring within one week.

3. The RN shall review the list for renewal and if indicated, schedule those inmate-patients for an appointment prior to the expiration of the medication.

# ATTACHMENT
# B

# MEDICATION ADMINISTRATION RECORD

Page 1 of 1

**DEPARTMENT OF CORRECTIONS**

E OF CALIFORNIA

MONTH June 2006

| INITIALS | SIGNATURE | INITIALS | SIGNATURE |
|---|---|---|---|
| A3 | MPIMSCAB | A&E | MPIMSAAE |
| LM | MPIMSCLM | ALJ | MPIMSALJ |
| AG | MPIMSDAG | BRW | MPIMSBRW |
| S | MPI___S | CIR | MPIMSCIR |
| JP | M___JP | CLR | MPIMSCLR |
| | | EBP | MPIMSEBP |
| | | GHG | MPIMSGHG |
| | | IRK | MPIMSIRK |

Institution **PBSP**

CDC NUMBER **P13296**

NAME (LAST, FIRST, MI) **DAWSON, MARC**

**Injection Site Codes:**
(1) RIGHT UPPER OUTER QUADRANT
(2) LEFT UPPER OUTER QUADRANT
(3) RIGHT DELTOID
(4) LEFT DELTOID
(5) RIGHT THIGH
(6) LEFT THIGH
(7) RIGHT ABDOMEN
(8) LEFT ABDOMEN
(9) RIGHT VENTRAL GLUTEUS
(10) LEFT VENTRAL GLUTEUS

## MEDICATION, DOSE, ROUTE, SITE

| MEDICATION / DOSE / ROUTE | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ...PENTIN 250MG/5ML SOLN Dr. YANCHA PSYAD SEG Rte: PO 1000 MG Site: Stop 06-01-2006 Disc. 05-22-2006 | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ...PROLE 20MG CAPSULE DR Dr. MALIO-OLINES, FNP, C Rte: PO 20 MG Site: Stop 06-30-2006 Disc: | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ...PENTIN 250MG/5ML SOLN Dr. RUBEN PSYAD SAM Rte: PO 1000 MG Site: Stop 06-30-2006 Disc: 07-14-2006 | 08 | | VMG | VMG | JRE | ALI | ALI | VMG | VMG | SML | | | VMG | VMG | VMG | VMG | | IRK | IRK | IRK | IRK | AGT | VMG | VMG | | IRK | VMG | VMG | VMG | SML | VMG | |
| | 18 | | | | ALI | ALI | | SML | SER | | | IRK | IRK | | | | | IRK | | AGT | AGT | VMG | JAT | IRK | IRK | | JAT | | | |
| ...HENYDRAMINE HCL Dr. HUTCHINSON PSYAD Rte: PO 50 MG Site: Stop 06-09-2006 Disc: 06-09-2006 | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ...HENYDRAMINE 50 MG CAP Dr. RISENHOOVER, FNP Rte: PO 50 MG Site: Stop 06-09-2006 Disc: 06-09-2006 | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ...HENYDRAMINE 25MG CAPLET Rte: PO 50 MG Site: Stop 06-12-2006 Disc: 06-12-2006 | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 18 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

COPY    COPY

EXHIBIT "D"