# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Marc Dawson
**PLAINTIFF or PETITIONER**

FILED
JUL 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

v.

Latham, et al.
**Defendant or Respondent**

Case Number: CV-08-0741 JF (AR)

## PROOF OF SERVICE

I hereby certify that on July 13th, 2008, I served a copy of the attached Request for Admissions, by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at Susanville, CA.:

Admissions Request for Latham (set 1+2), Jan, and Edwards to: H.T. Bower III
Attorney General's Office
455 Golden Gate Ave, Suite 11000
San Francisco, CA 94102-7004

I declare under penalty of perjury that the foregoing is true and correct.

Marc Dawson