```
Marc Dawson
P.O. Box 3030
High Desert State Prison
Susanville, CA 96127-3030
CDCR #P-13296

In Pro Per
```

**FILED**

2008 AUG 28 P 3: 03

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marc Dawson, | No. C 08-0741 JF (PR) |
|     Plaintiff, | PLAINTIFF'S REQUEST FOR THE |
| v. | PRODUCTION OF DOCUMENTS |
| S. Latham, et al., | (Rule 34, Fed.R.Civ.P.) |
|     Defendants, | Set No. Two |

PROPOUNDING PARTY:     PLAINTIFF MARC DAWSON

RESPONDING PARTY:      DEFENDANT B. JAIN

SET NO.:               TWO

TO DEFENDANT AND HER COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff MARC DAWSON hereby requests that the Defendant, B. JAIN, is to produce the following documents for inspection or copying, or supplying copies, to the Plaintiff within 30 days of service.

### DEFINITIONS

a) <u>"YOU"</u> and <u>"YOUR"</u> shall mean JAIN and where applicable, her attorneys, agents, servants, employees, investigators, experts, consultants, and all other persons acting or purporting on her behalf.

b) <u>"CONCERNING"</u> includes referring to, responding to, relating to, connected with, commenting on, regarding, discussing, showing, describing, reflecting, or analysing.

1  (c) "DOCUMENT" means all written material of any kind, including, but
2 not limited to, letters, memoranda, records, minutes, contracts, memoranda
3 or records of telephone or personal conversations or conferences, office
4 or interoffice communications, correspondences, bulletins, circulars or
5 pamphlets, studies, reports, accounting records, books, notes, worksheets,
6 video tapes, photographs, tape recordings, or any other message imprinted
7 in a medium allowing for its storage, also computer printouts, cards, discs
8 or tapes, or other software, or copies of such documents where the originals
9 are not available, in your custody or control, or of which you have any
10 knowledge of.
11  (d) "IDENTIFY" with respect to facts, means a statement including dates
12 and locations, and parties thereto.
13  (e) "IDENTIFY" with respect to persons, means the name and current or
14 last-known address of each person so listed.
1  (f) "IDENTIFY" with respect to documents, means describe each document
16 with sufficient specialty for purposes of a Request for Production of Docu-
17 ments, pursuant to Fed.R.Civ.P. 34, including the date, author, and custo-
18 dian of the document.
19  (g) "INCIDENT" shall mean the interactions during the time period that
20 is complained about in the Plaintiff's complaint, between you and Plaintiff
21 between the dates of June 8, 2006, through June 15, 2006, and which is al-
22 leged in his Complaint for Failure to give adequate medical care and the
23 deliberate indifference to a known serious madical need, filed with the
24 United States District Court for the Northern District of California, Case
25 No. C 08-0741.
26
27
28

Dawson v. Latham, et al.
No. C 08-0741 JF (PR)                                    Request for Production of Documents

DOCUMENTS REQUESTED

1. YOU admitted to authoring the report entered into the Plaintiff's medical file on 6-15-8 (RFA, SET 1, REQ. NO. 6) and that YOU also entered the information in the section entitled "PLAN" (RFA, supra). YOU entered into the Plaintiff's medical file that "in the clinic he was noted to have RT eye twitching (intentional." Produce and identify documents that support YOUR entry CONCERNING the Plaintiff's RT eye twitching being intentional.

2. YOU denied that YOU made an error in your entry into the Plaintiff's medical file on 6-15-08 concerning YOUR entry that the Plaintiff had intentional twitching in his right eye and that YOUR observation was made and based upon the medical information that was available to YOU (RFA, SET 1, NO. 12). Produce and identify documents that YOU relied upon to base YOUR observation on CONCERNING the Plaintiff's RT eye twitching intentionally.

/S/ *Marc Dawson*
Marc Dawson, Plaintiff

Dated: *August 26th*, 2008.

///
///
///

Marc Dawson
CDCR #P-13296, P.O. Box 3030, Susanville, CA 96127

Dawson v. Latham, et al.
No. C 08-0741 JF (PR)

Request for Production of Documents



