# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 28 ⌐ ⌐ 03

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

MARC DAWSON

**PLAINTIFF or PETITIONER**

v.

Case Number: CV 08-0741 JF (PR)

S. LATHAM, et al.

**Defendant or Respondent**

## PROOF OF SERVICE

I hereby certify that on August 20, 2008, I served a copy of the attached _Request for Production of Document_, by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at HIGH DESERT STATE PRISON:

OFFICE OF THE CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CA 95113-3095

H.T. GOWER III
STATE OF CALIFORNIA
OFFRICE OF THE ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
455 GOLDEN GATE AVE, SUITE 110000
SAN FRANCISCO, CA 94102-7004

I declare under penalty of perjury that the foregoing is true and correct.

_/s/ Marc Dawson_