NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC DAWSON, | No. C 08-0741 JF (PR) |
| Plaintiff, | ORDER DENYING APPOINTMENT OF COUNSEL |
| v. | |
| S. LATHAM, et al., | (Docket No. 25) |
| Defendants. | |

Plaintiff, a California prisoner incarcerated at High Desert State Prison and proceeding pro se, filed the instant civil rights action pursuant to 42 U.S.C. § 1983 against officials at Pelican Bay State Prison ("PBSP"), where Plaintiff was formerly housed. Plaintiff's motion for appointment of counsel is DENIED for want of exceptional circumstances. The Court will reconsider Plaintiff's request sua sponte if a trial becomes necessary or if the circumstances of this case otherwise change so as to necessitate such appointment.

This order terminates Docket No. 25.

IT IS SO ORDERED.

DATED: 10/17/08

JEREMY FOGEL
United States District Judge

G:\PRO-SE\SJ.JF\CR.08\Dawson741_atty.wpd